United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JORDAN ALEXANDER BLANDON PEREZ,** | § § § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-647** |
| | § | |
| **WARDEN, PORT ISABEL SERVICE PROCESSING CENTER,** | § § § | |
| in his/her official capacity, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Jordan Alexander Blandon Perez's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("§ 2241 Petition"); Blandon Perez lists various Respondents (collectively, the "Government"). Dkt. No. 1.

The Government is **ORDERED** to file a response to Blandon Perez's § 2241 Petition on or before **July 6, 2026**. If Blandon Perez wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED.**

**SIGNED** on this **22nd** day of **June, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III
United States Magistrate Judge**